

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2020

No. 04-20-00035-CV

Carol **OCHSE** and William W. Ochse, III, individually and as trustee of the William W. Ochse III Family 2008 Trust,
Appellants

v.

Cynthia Cadwallader **OCHSE,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-00062
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Luz Elena Chapa, Justice
               Irene Rios, Justice
               Beth Watkins, Justice (not participating)
               Liza A. Rodriguez, Justice

On December 10, 2020, appellants filed a motion for en banc reconsideration. After consideration, the motion is **DENIED**.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2020.



MICHAEL A. CRUZ, Clerk of Court